☐ **AMENDED**

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TENNESSEE**

In re: **Kecia Renee Gilkey**                                          Case No.

Debtors:                                                                                Chapter 13

## CHAPTER 13 PLAN

**ADDRESS:**  (1) **4111 Fizer Avenue**          (2)
                    **Memphis, TN 38111**

**PLAN PAYMENT:**
**Debtor(1)** shall pay $ **208.00**   ☐ weekly, ☑ every two weeks, ☐ semi-monthly, or ☐ monthly, by:
☑ **PAYROLL DEDUCTION** From: **Genuine Parts Company**   OR ( ) DIRECT PAY
                                                **2999 Wildwood Parkway**
                                                **Atlanta, GA 30339**

**Debtor(2)** shall pay $ ____   ☐ weekly, ☐ every two weeks, ☐ semi-monthly, or ☐ monthly, by:
☐ **PAYROLL DEDUCTION** From: ____   OR ( ) DIRECT PAY

**1. THIS PLAN [Rule 3015.1 Notice]:**

(A) CONTAINS A NON-STANDARD PROVISION. [See plan provision #19]   ☐ YES   ☑ NO
(B) LIMITS THE AMOUNT OF A SECURED CLAIM BASED ON A VALUATION   ☐ YES   ☑ NO
    OF THE COLLATERAL FOR THE CLAIM. [See plan provisions #7 and #8]
(C) AVOIDS A SECURITY INTEREST OR LIEN. [See plan provision #12].   ☐ YES   ☑ NO

**2. ADMINISTRATIVE EXPENSES:** Pay filing fee and Debtor(s)' attorney fee pursuant to Confirmation Order.

**3. AUTO INSURANCE:** ☐ Included in Plan; OR ☑ Not included in Plan; Debtor(s) to provide proof of insurance at §341 meeting.

**4. DOMESTIC SUPPORT:**                                                                   Monthly Plan Payment:

Paid by: ☐ Debtor(s) directly ☐ Wage Assignment, OR ☐ Trustee to:
**None**   ongoing payment begins ____                                            $ ____
           Approximate arrearage: ____

**5. PRIORITY CLAIMS:**

**-NONE-**                                   Amount ____                             $ ____

**6. HOME MORTGAGE CLAIMS:** ☐ Paid directly by Debtor(s); OR ☑ Paid by Trustee to:

**BSI Financial Services**   ongoing payment begins ____                        $**0.00**
                             Approximate arrearage: **17,459.87**   Interest **0.00**   $**396.82**

**7. SECURED CLAIMS:**

[Retain lien 11 U.S.C. §1325 (a)(5)]       Value of Collateral:   Rate of Interest   Monthly Plan Payment:
**None**

**8. SECURED AUTOMOBILE CLAIMS FOR DEBT INCURRED WITHIN 910 DAYS OF FILING, AND OTHER SECURED CLAIMS FOR DEBT INCURRED WITHIN ONE YEAR OF FILING:**

[Retain lien 11 U.S.C. §1325 (a)]          Value of Collateral:   Rate of Interest   Monthly Plan Payment:
**-NONE-**                                                                             $

**9. SECURED CLAIMS FOR WHICH COLLATERAL WILL BE SURRENDERED; STAY IS TERMINATED UPON CONFIRMATION FOR FOR THE LIMITED PURPOSE OF GAINING POSSESSION AND COMMERCIALLY REASONABLE DISPOSAL OF COLLATERAL:**

-NONE-  Collateral:

**10. SPECIAL CLASS UNSECURED CLAIMS:**

-NONE-    Amount:    Rate of Interest    Monthly Plan Payment: $

**11. STUDENT LOAN CLAIMS AND OTHER LONG TERM CLAIMS:**

None    ☐ Not provided for **OR** ☐ General unsecured creditor

**12. THE JUDICIAL LIENS OR NON-POSSESSORY, NON-PURCHASE MONEY SECURITY INTEREST(S) HELD BY THE FOLLOWING CREDITORS ARE AVOIDED TO THE EXTENT ALLOWABLE PURSUANT TO 11 U.S.C.§522(f):**

-NONE-

**13. ABSENT A SPECIFIC COURT ORDER OTHERWISE, ALL TIMELY FILED CLAIMS, OTHER THAN THOSE SPECIFICALLY PROVIDED FOR ABOVE, SHALL BE PAID AS GENERAL UNSECURED CLAIMS.**

**14. ESTIMATED TOTAL GENERAL UNSECURED CLAIMS:** $7,068.00

**15. THE PERCENTAGE TO BE PAID WITH RESPECT TO NON-PRIORITY, GENERAL UNSECURED CLAIMS IS:**

☐ _____ %, OR,
☑ THE TRUSTEE SHALL DETERMINE THE PERCENTAGE TO BE PAID AFTER THE PASSING OF THE FINAL BAR DATE.

**16. THIS PLAN ASSUMES OR REJECTS EXECUTORY CONTRACTS:**

None    ☐ Assumes **OR** ☐ Rejects.

**17. COMPLETION:** Plan shall be completed upon payment of the above, approximately **60** months.

**18. FAILURE TO TIMELY FILE A WRITTEN OBJECTION TO CONFIRMATION SHALL BE DEEMED ACCEPTANCE OF PLAN.**

**19. NON-STANDARD PROVISION(S):**

ANY NON-STANDARD PROVISION STATED ELSEWHERE IS VOID.

**20. CERTIFICATION: THIS PLAN CONTAINS NO NON-STANDARD PROVISIONS EXCEPT THOSE STATED IN PROVISION 19.**

/s/ Michael Don Harrell    Date March 20, 2019 .
Michael Don Harrell 009184
Debtor(s)' Attorney Signature or Pro Se Debtor(s)' Signature(s)