**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | |
|---|---|
| IN RE: | |
| **KECIA GILKEY,** | **CASE NUMBER 19-22323** |
| **DEBTOR.** | **CHAPTER 13** |

**EXPEDITED MOTION TO SET ASIDE GENERIC**

**TO THE HONORABLE JENNIE D. LATTA, UNITED STATES BANKRUPTCY COURT JUDGE FOR THE WESTERN DISTRICT OF TENNESSEE:**

Comes now the Debtor, by and through counsel, and respectfully moves this Honorable Court to set aside the Order on Order on Failure to Cure Default Under Consent Order on Motion for Relief from Automatic Stay  previously entered on October 23, 2020 (entry 46) in  the instant case and in support of such motion would state and show unto the Court the following:

1.  That the Debtor's case was filed on March 20, 2019.

2.  The Debtor entered into a Consent Order, which was enterd on October 8, 2019, with U.S. Bank Trust National Association , As Trustee of the Chalet Series III Trust ("Chalet") being serviced by BSI Financial Services as it pertains to the real property with an address of 4111 Fizer Avenue, Memphis, Tennessee 38111 , which was later amended and entered on November 7, 2019.

3. On July 2, 2020, we received a Notice of Default from U.S. Bank Trust National Association , As Trustee of the Chalet Series III Trust ("Chalet") being serviced by BSI Financial Services, stating that the Debtor was due for the months of November, 2019 through July, 2020.

4. The Debtor was then contacted by our office and made aware of the Notice of Default. The Debtor stated that she mailed all her payments to the Chapter 13 Trustee.

The Debtor provided our office with all of her money order receipts. Please see"Exhibit A".

     5. On August 4, 2020, we attempted to reach Attorney Edward Russell by phone, to discuss the Notice of Default in which all attempts failed. This has been an ongoing problem as it relates to trying to resolve the matter.

     6. After being made aware of the Order on Failure to Cure Default Under Consent Order on Motion for Relief from Automatic Stay, we contacted the Chapter 13 Trustees's office and was provided proof of disbursement to U.S. Bank Trust National Association , As Trustee of the Chalet Series III Trust ("Chalet") being serviced by BSI Financial Services, in which reflects that all payments have been made by the debtor. Please see "Exhibit B".

     **WHEREFORE, THE ABOVE PREMISES CONSIDERED, THE DEBTOR PRAYS:**

     1.     That an expedited hearing be set ;

     2.     The Order on Failure to Cure Default Under Consent Order on Motion for Relief From Automatic Stay (entry #46) be set aside;

     3.     The Chapter 13 Trustee be allowed to adjust the Debtor's plan in accordance herewith.

     Respectfully Submitted,

     /s/ Michael Don Harrell
     Michael Don Harrell (#9184)
     Attorney for Debtor
     1884 Southern Avenue
     Memphis, TN 38114
     (901) 274-5462
     harrellandassoc@bellsouth.net

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and exact copy of the foregoing document has been mailed, postage paid or hand-delivered, on this 20th day of November, 2020, to the following;

/s/ Michael Don Harrell
Michael Don Harrell

Kecie Gilkey, 4111 Fizer Ave., Memphis, TN 38111
All Entities in the matrix
US Trustee via email
Chapter 13 Trustee via email

# Exhibit A

## MONEY ORDER RECEIPT - NON NEGOTIABLE

Nov  Pay 19



AT 359418 LOC 000489 DT 113012 $931.51 9HUNDRED31DOLLARS AND
51CENTS

Payable to:
**RETAIN THIS MONEY ORDER RECEIPT. IT MUST BE INCLUDED WITH ALL REFUND REQUESTS. BE SURE TO READ IMPORTANT INFORMATION BELOW AND ON BACK.** For your own records, it is recommended that you make a photocopy of the completed Money Order before providing it to the receiver.
**PURCHASE AGREEMENT:** You the purchaser agree that Western Union Financial Services Inc. (WUFSI) need not stop payment on, or replace, or refund a lost or stolen WUFSI Money Order unless (1) you fill in the face of the Money Order at the time of purchase, and (2) you report the loss or theft to Western Union Financial Services Inc. in writing immediately, and (3) You provide WUFSI with this original Money Order receipt issued by Western Union Financial Services Inc., Englewood, Colorado. For customer service, call 1-800-999-9660.

\* 1 9 0 4 3 3 5 7 7 9 1 \*

## MONEY ORDER RECEIPT - NON NEGOTIABLE

Dec  Pay 19



AT 359418 LOC 000489 DT 113019 $931.51 9HUNDRED31DOLLARS AND
51CENTS

Payable to:
**RETAIN THIS MONEY ORDER RECEIPT. IT MUST BE INCLUDED WITH ALL REFUND REQUESTS. BE SURE TO READ IMPORTANT INFORMATION BELOW AND ON BACK.** For your own records, it is recommended that you make a photocopy of the completed Money Order before providing it to the receiver.
**PURCHASE AGREEMENT:** You the purchaser agree that Western Union Financial Services Inc. (WUFSI) need not stop payment on, or replace, or refund a lost or stolen WUFSI Money Order unless (1) you fill in the face of the Money Order at the time of purchase, and (2) you report the loss or theft to Western Union Financial Services Inc. in writing immediately, and (3) You provide WUFSI with this original Money Order receipt issued by Western Union Financial Services Inc., Englewood, Colorado. For customer service, call 1-800-999-9660.

\* 1 9 0 4 3 3 6 1 0 4 9 \*

Jan Pay 20

AGT 359407 LOC C00438 DT 123119 $931.51 9HUNDRED31DOLLARS AND
51CENTS

Payable to:
RETAIN THIS MONEY ORDER RECEIPT. IT MUST BE INCLUDED WITH ALL REFUND REQUESTS. BE SURE TO READ IMPORTANT
INFORMATION BELOW AND ON BACK. For your own records, it is recommended that you make a photocopy of the completed Money
Order before providing it to the receiver.
PURCHASE AGREEMENT: You the purchaser agree that Western Union Financial Services Inc. (WUFSI) need not stop payment
on, or replace, or refund a lost or stolen WUFSI Money Order unless (1) you fill in the face of the Money Order at the time of
purchase, and (2) you report the loss or theft to Western Union Financial Services Inc. in writing immediately, and (3) You provide
WUFSI with this original Money Order receipt issued by Western Union Financial Services Inc., Englewood, Colorado. For customer
service, call 1-800-999-9660.

✱ 1 9 0 4 6 6 2 8 6 7 4 ✱



## MONEY ORDER RECEIPT - NON NEGOTIABLE

Feb Pay 20

AGT 357318 LOC 000000 DT 020220 $931.51 9HUNDRED31DOLLARS AND
51CENTS

Payable to:
RETAIN THIS MONEY ORDER RECEIPT. IT MUST BE INCLUDED WITH ALL REFUND REQUESTS. BE SURE TO READ IMPORTANT
INFORMATION BELOW AND ON BACK. For your own records, it is recommended that you make a photocopy of the completed Money
Order before providing it to the receiver.
PURCHASE AGREEMENT: You the purchaser agree that Western Union Financial Services Inc. (WUFSI) need not stop payment
on, or replace, or refund a lost or stolen WUFSI Money Order unless (1) you fill in the face of the Money Order at the time of
purchase, and (2) you report the loss or theft to Western Union Financial Services Inc. in writing immediately, and (3) You provide
WUFSI with this original Money Order receipt issued by Western Union Financial Services Inc., Englewood, Colorado. For customer
service, call 1-800-999-9660.

✱ 1 9 0 7 3 0 8 4 2 5 2 ✱



## MONEY ORDER RECEIPT - NON NEGOTIABLE

## MONEY ORDER RECEIPT - NON NEGOTIABLE

March PAY 20



AGT 359418 LOC 000489 DT 032020 $913.51 9HUNDRED13DOLLARS AND 51CENTS

Payable to:
**RETAIN THIS MONEY ORDER RECEIPT. IT MUST BE INCLUDED WITH ALL REFUND REQUESTS. BE SURE TO READ IMPORTANT INFORMATION BELOW AND ON BACK.** For your own records, it is recommended that you make a photocopy of the completed Money Order before providing it to the receiver.
**PURCHASE AGREEMENT:** You the purchaser agree that Western Union Financial Services Inc. (WUFSI) need not stop payment on, or replace, or refund a lost or stolen WUFSI Money Order unless (1) you fill in the face of the Money Order at the time of purchase, and (2) you report the loss or theft to Western Union Financial Services Inc. in writing immediately, and (3) You provide WUFSI with this original Money Order receipt issued by Western Union Financial Services Inc., Englewood, Colorado. For customer service, call 1-800-999-9660.

✱ 1 9 0 8 6 6 7 4 0 8 4 ✱

## MONEY ORDER RECEIPT - NON NEGOTIABLE

April PAY 20



AGT 359418 LOC 000489 DT 033120 $913.51 9HUNDRED13DOLLARS AND 51CENTS

Payable to:
**RETAIN THIS MONEY ORDER RECEIPT. IT MUST BE INCLUDED WITH ALL REFUND REQUESTS. BE SURE TO READ IMPORTANT INFORMATION BELOW AND ON BACK.** For your own records, it is recommended that you make a photocopy of the completed Money Order before providing it to the receiver.
**PURCHASE AGREEMENT:** You the purchaser agree that Western Union Financial Services Inc. (WUFSI) need not stop payment on, or replace, or refund a lost or stolen WUFSI Money Order unless (1) you fill in the face of the Money Order at the time of purchase, and (2) you report the loss or theft to Western Union Financial Services Inc. in writing immediately, and (3) You provide WUFSI with this original Money Order receipt issued by Western Union Financial Services Inc., Englewood, Colorado. For customer service, call 1-800-999-9660.

✱ 1 9 1 0 3 1 0 0 0 2 2 ✱

MAY Pay 20

amount Change

AGT 359408 LOC 000489 DT 042320 $917.00 9HUNDRED17DOLLARS AND
NO CENTS

Payable to: _____
RETAIN THIS MONEY ORDER RECEIPT. IT MUST BE INCLUDED WITH ALL REFUND REQUESTS. BE SURE TO READ IMPORTANT
INFORMATION BELOW AND ON BACK. For your own records, it is recommended that you make a photocopy of the completed Money
Order before providing it to the receiver.
PURCHASE AGREEMENT: You the purchaser agree that Western Union Financial Services Inc. (WUFSI) need not stop payment
on, or replace, or refund a lost or stolen WUFSI Money Order unless (1) you fill in the face of the Money Order at the time of
purchase, and (2) you report the loss or theft to Western Union Financial Services Inc. in writing immediately, and (3) You provide
WUFSI with this original Money Order receipt issued by Western Union Financial Services Inc., Englewood, Colorado. For customer
service, call 1-800-999-9660.



\* 1 9 1 0 3 5 4 7 8 1 1 \*

## MONEY ORDER RECEIPT - NON NEGOTIABLE

June Pay 20

AGT 357318 LOC 000000 DT 053120 $913.51 9HUNDRED13DOLLARS AND
51CENTS

Payable to: _____
RETAIN THIS MONEY ORDER RECEIPT. IT MUST BE INCLUDED WITH ALL REFUND REQUESTS. BE SURE TO READ IMPORTANT
INFORMATION BELOW AND ON BACK. For your own records, it is recommended that you make a photocopy of the completed Money
Order before providing it to the receiver.
PURCHASE AGREEMENT: You the purchaser agree that Western Union Financial Services Inc. (WUFSI) need not stop payment
on, or replace, or refund a lost or stolen WUFSI Money Order unless (1) you fill in the face of the Money Order at the time of
purchase, and (2) you report the loss or theft to Western Union Financial Services Inc. in writing immediately, and (3) You provide
WUFSI with this original Money Order receipt issued by Western Union Financial Services Inc., Englewood, Colorado. For customer
service, call 1-800-999-9660.



\* 1 9 1 1 9 0 7 8 4 4 8 \*

## MONEY ORDER RECEIPT - NON NEGOTIABLE

LOAD THIS DIRECTION, THIS SIDE UP

MONEY ORDER RECEIPT - NON NEGOTIABLE

AGT 359407 LOC 000438 DT 070220 $914.02 9HUNDRED14DOLLARS AND 2CENTS

*July Pay*

Payable to:
RETAIN THIS MONEY ORDER RECEIPT. IT MUST BE INCLUDED WITH ALL REFUND REQUESTS. BE SURE TO READ IMPORTANT INFORMATION BELOW AND ON BACK. For your own records, it is recommended that you make a photocopy of the completed Money Order before providing it to the receiver.
PURCHASE AGREEMENT. You the purchaser agree that Western Union Financial Services Inc. (WUFSI) need not stop payment on, or replace, or refund a lost or stolen WUFSI Money Order unless: (1) you are the face of the Money Order at the time of purchase, and (2) you report the loss or theft to Western Union Financial Services Inc. in writing immediately; and (3) You provide WUFSI with this original Money Order receipt issued by Western Union Financial Services Inc., Englewood, Colorado. For customer service, call 1-800-999-9660.



* 1 9 1 1 6 9 5 3 3 9 9 *

LOAD THIS DIRECTION, THIS SIDE UP

LOAD THIS DIRECTION, THIS SIDE UP →

← LOAD THIS DIRECTION, THIS SIDE UP

*191300033054*

**Payable to:**
**RETAIN THIS MONEY ORDER RECEIPT. IT MUST BE INCLUDED WITH ALL REFUND REQUESTS. BE SURE TO READ IMPORTANT INFORMATION BELOW AND ON BACK.** For your own records, it is recommended that you make a photocopy of the completed Money Order before providing it to the receiver.
**PURCHASE AGREEMENT:** You the purchaser agree that Western Union Financial Services Inc. (WUFSI) need not stop payment on, or replace, or refund a lost or stolen WUFSI Money Order unless (1) you fill in the face of the Money Order, at the time of purchase and (2) you report the loss or theft to Western Union Financial Services Inc. in writing immediately; and (3) You provide WUFSI with this original Money Order receipt issued by Western Union Financial Services Inc., Englewood, Colorado. For customer service, call 1-800-999-9660.



← LOAD THIS DIRECTION, THIS SIDE UP

← LOAD THIS DIRECTION, THIS SIDE UP

AGT 352418 LOC 000489 DT 100220 $1,000.00 1THOUSANDDOLLARS AND
NO CENTS

* 1 9 1 3 6 4 5 1 6 7 2 *

MONEY ORDER RECEIPT - NON NEGOTIABLE

AGT 352418 LOC 000489 DT 100220 $428.00 4HUNDRED28DOLLARS AND
NO CENTS

* 1 9 1 3 6 4 5 1 6 7 3 *

OCT 20
10F2

OCT 20
2 OF 2

← LOAD THIS DIRECTION, THIS SIDE UP

← LOAD THIS DIRECTION, THIS SIDE UP

AGT 359407 LDE 000438 DT 103020 $1000.00 1 THOUSANDDOLLARS AND
NO CENTS

Payable to:

RETAIN THIS MONEY ORDER RECEIPT. IT MUST BE INCLUDED WITH ALL REFUND REQUESTS. BE SURE TO READ IMPORTANT
INFORMATION BELOW AND ON BACK. For your own records, it is recommended that you make a photocopy of the completed Money
Order before providing it to the payee.

PURCHASE AGREEMENT: You the purchaser agree that Western Union Financial Services Inc. (WUFSI) need not stop payment
on, or replace, or refund a lost or stolen WU® Money Order unless (1) you fill in the face of the Money Order at the time of
purchase, and (2) you mail a loss or theft to Western Union Financial Services Inc. in writing immediately, and (3) You provide
WUFSI with this original Money Order receipt issued by Western Union Financial Services Inc. Englewood, Colorado. For customer
service, call 1-800-359-9660.

* 1 9 1 8 0 9 8 1 4 6 3 *

Nov 2

AD THIS DIRECTION, THIS SIDE UP

MONEY ORDER RECEIPT - NON NEGOTIABLE

**Payable to:**

**RETAIN THIS MONEY ORDER RECEIPT. IT MUST BE INCLUDED WITH ALL REFUND REQUESTS. BE SURE TO READ IMPORTANT INFORMATION BELOW AND ON BACK.** For your own records, it is recommended that you make a photocopy of the completed Money Order before providing it to the receiver.

**PURCHASE AGREEMENT:** You the purchaser agree that Western Union Financial Services Inc. (WUFSI) need not stop payment on, or replace, or refund a lost or stolen WUFSI Money Order unless (1) you fill in the face of the Money Order at the time of purchase, and (2) you report the loss or theft to Western Union Financial Services Inc. in writing immediately, and (3) You provide WUFSI with your original Money Order receipt issued by Western Union Financial Services Inc., Englewood, Colorado. For customer service, call 1-800-999-9660.

*19180981464*

# Exhibit B

19-22323-L

KECIA RENEE GILKEY (XXX-XX-8127) ❶

Trustee: Sylvia Ford Brown                Attorney: MICHAEL DON HARRELL ❶

GENUINE PARTS COMPANY paying $51.00 EVERY TWO WEEKS

$51.00 BIW ❶   Bar Dates: ❶   5/20/2019 (bar passed) 9/16/2019 (bar passed)
                                6/13/2019 (bar passed)
Conf.Filed:
Case-Status:   ACTIVE (6/7/2004)

| Date | Payee / Batch | Payee / Reserve Name | Check# / Source | Claim ID | Description | Disbursements |
|---|---|---|---|---|---|---|
| 10/10/2020 | 1 | BSI FINANCIAL SERVICES INC | 31145885 | | AMOUNT PAID TO CREDITOR - MONTHLY DISBURSEMENTS | $1,191.00 |
| 9/10/2020 | 1 | BSI FINANCIAL SERVICES INC | 31133271 | | AMOUNT PAID TO CREDITOR - MONTHLY DISBURSEMENTS | $794.00 |
| 8/10/2020 | 1 | BSI FINANCIAL SERVICES INC | 31152671 | | AMOUNT PAID TO CREDITOR - MONTHLY DISBURSEMENTS | $397.00 |
| 7/10/2020 | 1 | BSI FINANCIAL SERVICES INC | 31151553 | | AMOUNT PAID TO CREDITOR - MONTHLY DISBURSEMENTS | $1,191.00 |
| 6/10/2020 | 1 | BSI FINANCIAL SERVICES INC | 31150634 | | AMOUNT PAID TO CREDITOR - MONTHLY DISBURSEMENTS | $1,191.00 |
| 5/7/2020 | 1 | BSI FINANCIAL SERVICES INC | 31149340 | | AMOUNT PAID TO CREDITOR - MONTHLY DISBURSEMENTS | $1,388.00 |
| 4/10/2020 | 1 | BSI FINANCIAL SERVICES INC | 31147849 | | AMOUNT PAID TO CREDITOR - MONTHLY DISBURSEMENTS | $794.00 |
| 3/10/2020 | 1 | BSI FINANCIAL SERVICES INC | 31146675 | | AMOUNT PAID TO CREDITOR - MONTHLY DISBURSEMENTS | $1,191.00 |
| 2/10/2020 | 1 | BSI FINANCIAL SERVICES INC | 31145432 | | AMOUNT PAID TO CREDITOR - MONTHLY DISBURSEMENTS | $1,191.00 |
| 1/10/2020 | 1 | BSI FINANCIAL SERVICES INC | 31144197 | | AMOUNT PAID TO CREDITOR - MONTHLY DISBURSEMENTS | $1,985.00 |
| 12/10/2019 | 1 | BSI FINANCIAL SERVICES INC | 31143010 | | AMOUNT PAID TO CREDITOR - MONTHLY DISBURSEMENTS | $794.00 |
| 11/10/2019 | 1 | BSI FINANCIAL SERVICES INC | 31141760 | | AMOUNT PAID TO CREDITOR - MONTHLY DISBURSEMENTS | $794.00 |
| 10/10/2019 | 1 | BSI FINANCIAL SERVICES INC | 31140491 | | AMOUNT PAID TO CREDITOR - MONTHLY DISBURSEMENTS | $1,588.00 |
| 9/10/2019 | 1 | BSI FINANCIAL SERVICES INC | 31139288 | | AMOUNT PAID TO CREDITOR - MONTHLY DISBURSEMENTS | $397.00 |
| 8/10/2019 | 1 | BSI FINANCIAL SERVICES INC | 31137988 | | AMOUNT PAID TO CREDITOR - MONTHLY DISBURSEMENTS | $397.00 |
| 7/10/2019 | 1 | BSI FINANCIAL SERVICES INC | 31136712 | | AMOUNT PAID TO CREDITOR - MONTHLY DISBURSEMENTS | $397.00 |
| | | | | | Totals: | $15,080.00 |